THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant,
*v.* MIDDLEPORT GAS AND ELECTRIC LIGHT COMPANY, Respondent.

*Highways — railroads — action to restrain maintenance of electric light
wires along highways and across right of way of railroad.*

N. Y. Central R. R. Co. v. *Middleport Gas & Electric Light Co.*,
193 App. Div. 273, affirmed.

(Argued January 19, 1922; decided February 3, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 24, 1920, in favor of defendant upon the submission of a controversy under section 1279 of the Code of Civil Procedure. The action was brought to restrain the defendant from maintaining three electric light wires along the highway in the town of Royalton, N. Y., and across the railroad company's right of way. The Appellate Division held that " plaintiff holds its property for a particular purpose — the operation of its railroad. That operation not being interfered with by defendant operating under its franchise, it must be held that plaintiff's rights at the point in question are not exclusive, and, therefore, it cannot restrain defendant from the use of the highway at the point in question acting under the franchise granted to it by the municipal authorities."

*Maurice C. Spratt* and *Howard R. Sturtevant* for appellant.

*Warren Tubbs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.